EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2002

at ___ o'clock and ___ min. ___
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00053 HG |
| Plaintiff, | ) | |
| vs. | ) | INDICTMENT |
| SCOTT REIS-MONIZ, (01) | ) | [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)] |
| RAMBEAU GAHAN, (02) | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but at a time prior to January 3, 2002, to February 4, 2002, in the District of Hawaii and elsewhere, the defendants, SCOTT REIS-MONIZ and RAMBEAU GAHAN did conspire together and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 500 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

## OVERT ACTS

1. On or about December 12, 2001, SCOTT REIS-MONIZ telephoned an undercover officer.

2. On or about January 3, 2002, RAMBEAU GAHAN telephoned an undercover officer.

3. On or about January 3, 2002, RAMBEAU GAHAN ordered 40 pounds of methamphetamine and ten kilograms of cocaine from an undercover officer.

4. On or about January 4, 2002, SCOTT REIS-MONIZ confirmed the order of 40 pounds of methamphetamine in exchange for $480,000 and ten kilograms of cocaine in exchange for $170,000, for a total of $650,000, with the undercover officer.

5. On or about January 18, 2002, RAMBEAU GAHAN arranged for the delivery of a down payment, i.e. $59,984 in cash and money orders and transfers to the undercover officer.

6. On or about January 22, 2002, SCOTT REIS-MONIZ warned the undercover officer of security measures at the airport.

7. On or about February 4, 2002, RAMBEAU GAHAN met with an undercover officer.

8. On or about February 4, 2002, RAMBEAU GAHAN viewed methamphetamine and cocaine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges:

From on or about April 10, 2001, to and including February 4, 2002, the defendant SCOTT REIS-MONIZ did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 3

The Grand Jury further charges:

From a date unknown, but from at least on or about January 3, 2002, to and including February 4, 2002, the defendant RAMBEAU GAHAN did knowingly and intentionally attempt to possess

with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

DATED: February 13, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
LORETTA SHEEHAN
Assistant U.S. Attorney


United States v. Scott Reis-Moniz, et al.
Cr. No. _____
INDICTMENT