UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

NOV 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SCOTT REIS-MONIZ,<br><br>Defendant - Appellant. | No. 05-16722<br><br>D.C. Nos. CV-05-00310-HG<br>CR-02-00053-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 5 2005

at 11 o'clock and ___ min ___ M
SUE BEITIA, CLERK

Before: LEAVY and PAEZ, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2244(d)(1).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 22 2005

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-16722 USA v. Reis-Moniz

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Loretta A. Sheehan, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| SCOTT REIS-MONIZ<br>    Defendant - Appellant | Scott Reis-Moniz<br>#88667-022<br>[COR LD NTC prs]<br>FPC - Nellis<br>P.O. Box 9910<br>Las Vegas, NV 89191 |