

## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

**RECEIVED**
CLERK, U.S. DISTRICT COURT

Date: October 18, 2005

MAR 0 2 2006

DISTRICT OF HAWAII

To: United States Court of Appeals    Attn:  ( )  Civil
    For the Ninth Circuit
    Office of the Clerk                          (✓)  Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )  Judge

FILED
DEC 19 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

From: United States District Court
     300 Ala Moana Blvd. Room C-338
     Honolulu, Hawaii 96813

DC No:         CR 02-00053 HG           Appeal No:    05-16722
Short Title:   USA VS. SCOTTY REIS-MONIZ

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs |  | volumes (folders)   docket # |
| Reporter's Transcripts | 3 | volumes  (✓) original  ( ) certified copy<br>hearing dates: 8/2/02, 12/17/02, 1/24/03 |
| Exhibits |  | volumes ( ) under seal |
| |  | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:44-47, 54, 55

Acknowledgment: _____  Date: _____

cc: all counsel of record