August 3, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
### 95 SEVENTH STREET
### SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** ~~CV-05-00310-HG~~ CR 02-53HG
**Appeal Number:** 05-16722
**Short Title:** USA v. Reis-Moniz

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 07 2006
DISTRICT OF HAWAII

**Volumes**

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 3 | | | |

**Bulky Documents in:**  0 Envelopes  0 Expandos  0 Folders  0 Boxes
   0 Other

**State Lodged Docs in:**  0 Envelopes  0 Expandos  0 Folders  0 Boxes
   0 Other

**Other:** 1 file Under Seal #'s 44-47, 54, & 55

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

