# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

**RECEIVED**
CLERK, U.S. DISTRICT COURT
AUG 07 2006
DISTRICT OF HAWAII

Date: October 18, 2005

To: United States Court of Appeals
For the Ninth Circuit
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

Attn: ( ) Civil
(✓) Criminal
( ) Judge

FILED DEC 19 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No: CR 02-00053 HG        Appeal No: 05-16722
Short Title: USA VS. SCOTTY REIS-MONIZ

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy  hearing dates: 8/2/02, 12/17/02, 1/24/03 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 44-47, 54, 55

Acknowledgment: _____ Date: _____

cc: all counsel of record