# FEDERAL PUBLIC DEFENDER
### DISTRICT OF HAWAII

**Salina Kanai Althof**
Assistant Federal Defender
Salina_Althof@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ◆ Facsimile (808) 541-3545 ◆ Toll free (877) 541-2521

December 1, 2015

The Honorable Helen Gillmor
Senior Judge of The United States District Court
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

> Re:   Early Termination of Supervised Release Request
>        United States v. Scott Reis-Moniz, CR 02-00053HG

Your Honor:

Mr. Reis-Moniz respectfully requests that his 5 year term of supervised release be terminated early pursuant to this Court's discretionary authority under 18 U.S.C. § 3564(c).  It is my understanding that Mr. Reis-Moniz's United States Probation Officer, Erin Patrick, has no objection to this request.

On December 17, 2002, Mr. Reis-Moniz was sentenced to 135 months of imprisonment for conspiring to distribute drugs.

To date, Mr. Reis-Moniz has served approximately 4 years of his supervised release term flawlessly.  Since he was released from custody, he has turned his life around.  He was not in need of residential treatment or outpatient treatment while on supervision, although he was drug-tested (with all tests being negative).

Mr. Reis-Moniz has worked in marketing and sales for Kamaaina Catering and Tent Rentals for over one year now.  Prior to that, he was in marketing for Shenan's HI (an LED lighting company) for two years.

Additionally, he is heavily involved in the community where he lives. He is currently the president and assistant coach of the Waimanalo Canoe Club.

Senior U.S. District Judge Helen Gillmor
December 1, 2015
Page 2

He runs a Crossfit program that is free to the community. He and some other coaches helped institute a physical fitness program at Blanche Pope Elementary School. He also helps teach a Hawaiian language program.

Mr. Reis-Moniz rents a cottage on his mother's property. He has reconnected with his family. His home life is stable.

In short, Mr. Reis-Moniz has not only complied with supervision, he has excelled at it. Although he has taken from his community by committing the crime for which he served his time, he has been actively giving back to Waimanalo in the past four years. His performance has demonstrated dedication to the fulfillment of the main goal of supervision, namely effecting long-term positive change in individuals.

Accordingly, Mr. Reis-Moniz requests that the Court terminate his term of supervision at this time. Thank you in advance for your consideration of this request.

Sincerely,

SALINA KANAI ALTHOF
Assistant Federal Defender
District of Hawaii

Copy: Erin Patrick, USPO
      Thomas Muehleck, AUSA
      Defendant Scott Reis-Moniz